SANGWOO AHN et al., Respondents, v JOSEPH D. MALVASIO, Appellant. [767 NYS2d 225]—

Judgment, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered October 31, 2002, which, after a nonjury trial, awarded plaintiffs damages upon their claim for breach of fiduciary duty, unanimously affirmed, with costs.

The trial testimony overwhelmingly established that plaintiffs and defendant entered into a joint venture to acquire an apartment for their mutual benefit, and that each party contributed to the apartment's purchase (*see Richbell Info. Servs. v Jupiter Partners*, 309 AD2d 288, 298 [2003]). Accordingly, the trial court properly found that when defendant sold the apartment without plaintiffs' consent, and retained the proceeds of the sale for himself, he breached his fiduciary duty to plaintiffs.

Although plaintiff Gene Kazlow is a member of the law firm representing plaintiffs, that circumstance alone did not require the grant of defendant's motion for the firm's disqualification (*see Talvy v American Red Cross in Greater N.Y.*, 205 AD2d 143, 152 [1994], *affd* 87 NY2d 826 [1995]; *Matter of Owen & Mandolfo v Davidoff of Geneva*, 197 AD2d 370 [1993], *lv denied* 83 NY2d 751 [1994]; *Sokolow, Dunaud, Mercadier & Carreras v Lacher*, 299 AD2d 64, 76 [2002]). Concur—Nardelli, J.P., Tom, Mazzarelli and Marlow, JJ.